SEABOARD AIR-LINE RAILWAY v. BLUE.

EVANS, J.    When the only error alleged in a petition for certiorari is that the
verdict therein complained of is contrary to law and to the evidence, and it
appears that the evidence demanded a verdict for the plaintiff in certiorari,
the superior court should, of course, sustain the certiorari ; but it would be
erroneous in such. a case, though there be no conflict in the evidence, to ren-
der a final judgment in his favor.    This is so for the reason that in such a
case the error complained of is not "an error in law which must finally
govern the case," and further, because 'it could not be known with certainty
that the evidence on another trial would be the same.    *Holmes* v. *Pye*, 107
*Ga.* 784.    See also *Ala. Great Southern R. Co.* v. *Austin*, 112 *Ga.* '61;
*Williams* v. *Bradford*, 116 *Ga.* 705.    The court below properly declined to
render a final judgment in the present case.

*Judgment affirmed.    All the Justices concur.*

Argued April 13, — Decided May 12, 1904.

Certiorari.    Before Judge Seabrook.    Liberty superior court.
November 19, 1903.

*J. Randolph Anderson*, for plaintiff in error.